In the Matter of the Claim of STELLA DE TURA, Respondent, v. EASTERN MEAT MARKETS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of MARJORIE E. SCRANTON, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.